109 A.3d 217

IN THE MATTER OF V. JAMES CASTIGLIA, AN ATTORNEY AT LAW (ATTORNEY NO. 022541977).

March 2, 2015.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 14–357 of **V. JAMES CASTIGLIA** of **OAK RIDGE,** who was admitted to the bar of this State in 1977;

And the District XB Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.2(a) (failure to abide by a client's decisions concerning the scope and objectives of the representation);

And the parties having agreed that respondent's conduct violated *RPC* 1.2(a), and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XB–2013–0020E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **V. JAMES CASTIGLIA** of **OAK RIDGE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.